UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SUSAN B. LONG, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 00-0211 (PLF) |
| | ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| SUSAN B. LONG, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 02-2467 (PLF) |
| | ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |

FILED

SEP 0 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## AMENDED ORDER

For the reasons stated in the Opinion issued this same day, it is hereby

ORDERED that Plaintiffs' Motion for Partial Summary Judgment filed in Civil Action No. 00-0211 [10] is DENIED as moot; it is

FURTHER ORDERED that Defendant's Motion for Summary Judgment filed in Civil Action No. 00-0211 [126] is GRANTED in part and DENIED in part; it is

FURTHER ORDERED that Plaintiffs' Motion for Partial Summary Judgment on

the Department's Revised Exemption Claims, and Plaintiffs' Claims Concerning Notice of Delay and Fee Waiver filed in Civil Action No. 00-0211 [135] is GRANTED in part and DENIED in part; it is

FURTHER ORDERED that Plaintiffs' Resubmitted Motion for Summary Judgment filed in Civil Action No. 00-0211 [162] is GRANTED in part and DENIED in part; it is

FURTHER ORDERED that Plaintiffs' Resubmitted Motion for Summary Judgment filed in Civil Action No. 02-2467 [12] is GRANTED in part and DENIED in part; it is

FURTHER ORDERED that Defendant's Motion for Summary Judgment filed in Civil Action No. 02-2467 [14] is GRANTED in part and DENIED in part; it is

FURTHER ORDERED that in accordance with the Opinion that accompanies this Amended Order, the Department shall release to plaintiffs all non-exempt information contained in the following fields:

> (1) "defendant name," "court number," and "file name" in the criminal master flagged, criminal master unflagged, and criminal delete history files containing mid-year data for fiscal years 1999 and 2000 (and containing a Business or Property Code);
>
> (2) "litigant name," "court number," and "file name" in the civil master flagged, civil master unflagged, and civil delete history files containing mid-year data for fiscal years 1999 and 2000 (and containing a Business or Property Code);
>
> (3) "suspect" and "name" in the criminal immediate declination files containing mid-year data for fiscal years 1999 and 2000 (and containing a Business or Property Code) and from the civil immediate declination files containing fiscal year 1999 data (and containing a Business or Property Code);

(4) "court number," "name_first," "name_last," and "address_1" in the TIGAS files containing mid-year data for fiscal years 1999 and 2000 (and containing a Corporation or Property Forfeiture Code); and

(5) "debtor last name," "debtor first name," "court number," and "street address" in the Central Collections System files containing data for fiscal years 1985 through 1997 (and containing a Property Forfeiture Code); it is

FURTHER ORDERED that the Department shall release to plaintiffs the information contained in the "court number," "file name," and "litigant name" fields in the civil flagged master, civil unflagged master, and civil delete history files that pertain to cases where the government is the defendant; it is

FURTHER ORDERED that the Department shall release to plaintiffs all non-exempt information contained in the "criminal lead charge" field in the criminal flagged master and criminal unflagged master files from fiscal year 1999 onward, and in the criminal delete history files from December 2002 onward; it is

FURTHER ORDERED that the Department shall release to plaintiffs all non-exempt information contained in the "program category" field in the criminal flagged master, criminal unflagged master, and criminal delete history files from May 2002 onward; it is

FURTHER ORDERED that the Department may withhold, from records pertaining to ongoing criminal investigations, "program category" entries that contain the following codes: 071 through 076 and 07A through 07G; and it is

FURTHER ORDERED that the Department shall release all such information in accordance with this Amended Order on or before November 1, 2006.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 9/8/06