UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN B. LONG, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT )<br>OF JUSTICE, )<br>)<br>Defendant. )| Civil Action No. 00-0211 (PLF) |
| SUSAN B. LONG, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT )<br>OF JUSTICE, )<br>)<br>Defendant. )| Civil Action No. 02-2467 (PLF) |

### ORDER

For the reasons stated in the accompanying Opinion, it is hereby

ORDERED that Defendant's Motion for Reconsideration of the Court's Opinion and Order of September 8, 2006, or, in the Alternative, to Alter or Amend the Judgment in this case is GRANTED in part and DENIED in part; and it is

FURTHER ORDERED that the Court's Second Amended Order and Judgment of October 24, 2006 is amended to permit the Department of Justice prospectively to redact from

records pertaining to ongoing terrorism investigations the five (5) categories of information identified by number on page 9 of the accompanying Opinion.

        SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  February 2, 2007

2